Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

**No. 68683.**—A. Zerkowitz & Co., Inc. v. United States, protests 64/3538 and 64/3539 (New York).

Opinion by OLIVER, C.J. Following Abstracts 54925, 64542, and 64543, the protests were dismissed.

**No. 68684.**—Metasco, Inc. v. United States, protests 60/16362 and 60/22069 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 68685.**—D. P. Harris Hdw. & Mfg. Co., Inc., and Korlis, Ltd. v. United States, protests 60/20072 and 60/22206 (Los Angeles).